Honorable J. Kelley Arnold

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

UNITED STATES OF AMERICA,                )
                                         )
                Petitioner,              )
                                         )        Civ. No. 05-5714-RBL-JKA
        v.                               )
                                         )        **AMENDED ORDER TO SHOW**
CHRISTA FRIEDLANDER,                     )        **CAUSE RE: ENFORCEMENT OF**
                                )        **INTERNAL REVENUE SERVICE**
                                         )        **SUMMONS**
                                         )
                Respondent.              )
                                         )
_____      )

11
12
13
14
15
16
17

        Upon the petition of the United States and the Declaration of Revenue Agent Paul R. Shipley,

including the exhibits attached thereto, it is hereby

        ORDERED that respondent Christa Friedlander appear before United States Magistrate Judge J.

Kelley Arnold in Courtroom D of the United States District Court located at 1717 Pacific Avenue,

Tacoma, Washington, on the **20th day of January, 2006, at 3:00 p.m.**, to show cause why she should

not be compelled to obey the Internal Revenue Service summons served upon her.

        It is further ORDERED that:

        1.      A copy of this Order, together with the petition and declaration with attached exhibits,

18
19
20
21
22
23
24
25
26
27
28

AMENDED ORDER TO
SHOW CAUSE (Civ. No. 05-5714)                - 1 -

**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 514-9593

shall be served upon respondent in accordance with Fed. R. Civ. P. 4, within 21 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible.  Pursuant to Fed. R. Civ. P. 4, the Court hereby appoints Revenue Agent Paul R. Shipley, or his designee, to serve process in this case.

2. Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk of Court as soon as practicable.

3. Since the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, *United States v. Powell*, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to respondent to oppose enforcement of the summonses.

4. If respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the United States in Washington D.C., at least 14 days prior to the date set for the show cause hearing.  The United States may file and serve a reply memorandum to any opposition at least 5 court days prior to the date set for the show cause hearing.

5. At the show cause hearing, the Court will consider all issues raised by respondent.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

6. Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States in Washington, D.C., at least 14 days prior to the date set for the show cause hearing, that respondent has no objection to enforcement of the summons.  The respondent's appearance at the show cause hearing will then be excused.

Respondent is hereby notified that failure to comply with this Order may subject respondent to sanctions for contempt of court.

U.S. DEPARTMENT OF JUSTICE
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 514-9593

*///*

IT IS SO ORDERED.  The Clerk shall forward copies of this Order to counsel for the United States, at the address indicated on its pleadings.

DATED: December 9, 2005.

*/s/ J. Kelley Arnold*
_____

UNITED STATES MAGISTRATE JUDGE

Submitted by:

JOHN MCKAY
United States Attorney

ROBERT BROUILLARD
Assistant United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE, WSBA 29481
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593
Facsimile:  (202) 307-0054
E-mail:  Jennifer.D.Auchterlonie@USDOJ.gov

AMENDED ORDER TO
SHOW CAUSE (Civ. No. 05-5714)                    - 3 -