**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br>CHRISTINA FRIEDLANDER,<br><br>      Respondent. | Case No.  C05-5714 RBL<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO ADMINISTRATIVE SUMMONS ISSUED BY THE UNITED STATES INTERNAL REVENUE SERVICE |

THIS MATTER comes before the court on the Petition of the Internal Revenue Service for an order enforcing an Internal Revenue Service administrative summons served on respondent July 7, 2005. The court has considered all materials submitted in support of and in response to said petition, as well as the files and records herein, including but not limited to the Report and Recommendation of United States Magistrate Judge J. Kelley Arnold.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

**1. The court has jurisdiction over the parties and the subject matter of this proceeding.**

**2.  Respondent be, and she is hereby ordered to fully obey the administrative summons served on respondent July 7, 2005, by attending, testifying, and producing all documentation required by the terms of the summons before Internal Revenue Service Agent Paul Shipley, or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be set by Revenue Agent Shipley or any other proper officer or employee of the Internal Revenue Service.**

**3.  Failure to comply with the terms of this order may result in a finding of civil contempt punishable by fine or imprisonment pursuant to 18 U.S.C. § 401.**

            January 28th, 2006

            */s/ Ronald B. Leighton*
            RONALD B. LEIGHTON
            UNITED STATES DISTRICT JUDGE