HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTA FRIEDLANDER,<br><br>　　　　　Respondent. | Case No. C05-5714 RBL/JKA<br><br>ORDER TO SHOW CAUSE RE:<br>UNITED STATES' MOTION FOR<br>CONTEMPT |

Upon the motion of the United States and the Declaration of Revenue Agent Paul R. Shipley, including the exhibits attached thereto, it is hereby

ORDERED that respondent Christa Friedlander appear before United States District Judge Ronald B. Leighton in Courtroom B of the United States District Court located at 1717 Pacific Avenue, Tacoma, Washington, on the 7th day of September, 2006, at 8:30 a.m., to show cause why she should not be held in contempt of this Court'S Order of February 9, 2006.

It is further ORDERED that:

1.　A copy of this Order, together with the United States' Motion for Contempt and the Declaration of Revenue Agent Paul R. Shipley with attached exhibits, shall be served upon respondent in accordance with Fed. R. Civ. P. 5, as soon as practicable after this Order is served upon counsel for the United States.

2.　Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk of Court as soon as practicable.

3.　If respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the

ORDER
Page - 1

United States in Washington D.C., on or before August 25, 2006.  The United States may file and serve a reply memorandum to any opposition on or before September 1, 2006.

      4.    At the show cause hearing, the Court will consider all issues raised by respondent.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

RESPONDENT CHRISTA FRIEDLANDER IS HEREBY NOTIFIED THAT IF SHE FAILS TO APPEAR AND SHOW CAUSE AS DIRECTED HEREIN, A BENCH WARRANT SHALL BE ISSUED FOR HER ARREST FOR CONTEMPT OF COURT.

IT IS SO ORDERED.  The Clerk shall forward copies of this Order to counsel for the United States, at the address indicated on its pleadings.

DATED: August 10, 2006

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Submitted by:

JOHN MCKAY
United States Attorney

ROBERT BROUILLARD
Assistant United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE, WSBA 29481
Trial Attorney, Tax Division\
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
E-mail: Jennifer.D.Aucheterlonie@USDOJ.gov

ORDER
Page - 2