HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

CHRISTA FRIEDLANDER,

　　　　　Defendant..

Case No. C05-5714 RBL

ORDER

　　THIS MATTER comes on before the above-entitled Court upon Defendant Christa Friedlander's "Notice and Order of Dismissal" ]Dkt. #49].

　　Having considered the entirety of the records and file herein, the Court rules as follows:

　　Defendant is attempting to dismiss a properly filed complaint against her by citing to various Federal Rules of Civil Procedure without elaboration. As most if not all of the papers filed by defendant to date, this "notice" is patently frivolous. The "notice", to the extent it is a motion, is **DENIED**.

　　**IT IS SO ORDERED.**

　　The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

　　Dated this 14th day of December, 2006.

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1